**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

MAY 23 2019

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-55267 |
| Plaintiff-Appellee, | D.C. Nos. 3:12-cv-00228-DMS |
| v. | 3:11-cr-05082-DMS-3 |
| ABRAHAM HERNANDEZ-ZAVALA, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted May 21, 2019**

Before: THOMAS, Chief Judge, FRIEDLAND and BENNETT, Circuit Judges.

Abraham Hernandez-Zavala appeals pro se from the district court's

judgment denying his petition for a writ of error coram nobis. We have

jurisdiction under 28 U.S.C. § 1291 and, reviewing de novo, *see Matus-Leva v.*

*United States*, 287 F.3d 758, 760 (9th Cir. 2002), we affirm.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

"The writ of error coram nobis is a highly unusual remedy, available only to correct grave injustices in a narrow range of cases where no more conventional remedy is applicable." *United States v. Chan*, 792 F.3d 1151, 1153 (9th Cir. 2015). Hernandez-Zavala's petition argued that his 2012 conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326, should be vacated due to an alleged error in the presentence report. However, the district court properly denied the petition because Hernandez-Zavala is currently "in custody" in connection with his 2012 conviction. *See United States v. Monreal*, 301 F.3d 1127, 1132 (9th Cir. 2002). "A person in custody may seek relief pursuant to 28 U.S.C. § 2255." *Matus-Leva*, 287 F.3d at 761. Therefore, Hernandez-Zavala cannot avail himself of coram nobis relief because he cannot show that a more usual remedy is unavailable to attack his conviction. *See id.*

In light of this disposition, we do not reach the parties' remaining arguments.

**AFFIRMED.**

18-55267